

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE CLERK
OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

February 26, 2015

Lucinda A. Vickers
#1 Courthouse Circle Drive, #3B
Jourdanton, TX 78026

David Allan Edwards #907246
Ellis Unit
1697 FM 980 Huntsville, TX 77343

RE:    Court of Appeals Number:    04-14-00612-CV
          Trial Court Case Number:    12-02-0185-CVA
          Style:                      David Allan Edwards v. Sheriff of County of Atascosa

Dear Counsel:

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

*Margaret E. Adams*

Margaret E. Adams
Legal Assistant, Fourth Court of Appeals
210.335.3854

cc:    Dennis Arriaga
       Rene M. Pena